**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**TONYA PRESCOTT** **PLAINTIFF**

**v.** **Case No. 3:26-cv-00098-JTK**

**FRANK BISIGNANO** **DEFENDANT**
**Acting Commissioner**
**Social Security**

**<u>JUDGMENT</u>**

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is reversed and remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED THIS 29th day of July, 2026.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE